FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINLEY HANEYNIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF WHITMAN COLLEGE,<br><br>    Defendant. | No. 4:21-CV-05009-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 31. The parties request that the Court dismiss Plaintiff Linley HaneyNixon's Amended Complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the motion for voluntary dismissal and dismisses the case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 31, is **GRANTED**.

2. Defendant's Motion for Summary Judgment, ECF No. 25, is **DISMISSED as moot**.

3. The above-captioned case is **DISMISSED with prejudice** and without the award of fees or costs.

4. The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 4th day of March 2022.



                    Stanley A. Bastian
             Chief United States District Judge

**ORDER DISMISSING CASE *2**